IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-2700

Hannah Craver,

    Plaintiff/Movant,

Capital One Bank (USA) N.A.,

    Defendant.

## COMPLAINT

For this Complaint, the Plaintiff, Hannah Craver, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq*. (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Hannah Craver ("Plaintiff"), is an adult individual residing in Englewood, Colorado, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant Capital One Bank (USA) N.A. ("Capital One"), is a Virginia business entity with an address of 1680 Capital One Drive, McLean, Virginia 22102-3491, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. Within the last year, Capital One contacted Plaintiff in an attempt to collect a consumer debt allegedly owed by Plaintiff.

6. At all times mentioned herein, Capital One called Plaintiff's cellular telephone, number 303-xxx-2611, by using an automated telephone dialer system ("ATDS") and by using an artificial or prerecorded voice.

7. When Plaintiff answered calls from Capital One, she was met with a prerecorded message asking Plaintiff to call Capital One back.

8. During a live conversation on or around July 2014, Plaintiff instructed Capital One to cease all calls to her cellular telephone number.

9. Nonetheless, Capital One continued to call at an annoying and harassing rate, making as many as 3 calls per day.

## COUNT I

## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, *et seq.*

10. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11. Capital One contacted the Plaintiff by means of automatic telephone calls and prerecorded messages at a cellular telephone after being told to cease calling, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

12. Capital One continued to place automated calls to Plaintiff's cellular telephone knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

13. The telephone number called by Capital One was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

14. The calls from Capital One to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

15. Capital One's telephone system has the capacity to store numbers in a random and sequential manner.

16. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

17. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendant as follows:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 2, 2014

                                               Respectfully submitted,

                                               By  */s/ Jenny DeFrancisco*

                                               Jenny DeFrancisco, Esq.
                                             CT Bar No.: 432383
                                             LEMBERG LAW LLC
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile: (203) 653-3424
                                             E-mail: jdefrancisco@lemberglaw.co
                                             *Attorney for Plaintiff*

                                             <u>Plaintiff:</u>
                                             Hannah Craver
                                             801 Englewood Parkway, Apt. E205
                                             Englewood, CO 80110